# Order

Michigan Supreme Court
Lansing, Michigan

August 29, 2006

130853

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

KEITH COGER,
       Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130853
COA: 263565
Wayne CC: 99-010260

On order of the Court, the application for leave to appeal the February 9, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 29, 2006

_____
Clerk

s0821